UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Civil Action No.: CV-04-5479 (CBA)(MDG)

UNITED STATES OF AMERICA, §
§
     Plaintiff, §
§
 - against- §
§
ROTIMI A. OGUNNUSI, §
§
     Defendant. §
------------------------------------------------------------x

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   JUN 2 1 2005   ★

P.M. _____
TIME A.M. _____**

## DEFAULT JUDGMENT

Because Rotimi A. Ogunnusi failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Rotimi A. Ogunnusi:

| | |
|---|---|
| **Claim No. C-94961W** | |
| Principal Balance: | $6,797.12 |
| Total Interest Accrued at 8.000%: | $6,676.52 |
| Filing and Service of Process: | $210.00 |
| Subtotal: | $13,683.64 |
| Attorney's Fees: | $1575.00 |
| Total Owed: | $15258.64 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
June 20, 2005

/S/ HON. CAROL B. AMON
_____
Carol Bagley Amon
United States District Judge